A CERTIFIED TRUE COPY

MAR 25 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

MAR 28 2008

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 7 2008

FILED
CLERK'S OFFICE

FILED

MAR 28 2008

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

Attest to
True Copy

DAVID A. DIMARZIO
By
Deputy Clerk

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-16)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 519 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 25 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

751

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**SCHEDULE CTO-16 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | | | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ARKANSAS EASTERN | | | | |
| ARE | 4 | 08-151 | Max Givens v. Davol, Inc., et al. | CA 08-2375 |
| ARE | 4 | 08-152 | Holly Potts v. Davol, Inc., et al. | CA 08-2376 |
| ARE | 4 | 08-153 | John Kyle v. Davol, Inc., et al. | CA 08-2377 |
| ARE | 4 | 08-154 | Thomas Redding v. Davol, Inc., et al. | CA 08-2378 |
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 08-1189 | John Benson v. Davol, Inc., et al. | CA 08-2379 |
| ~~CAC~~ | ~~8~~ | ~~08-220~~ | ~~Larry Palmer, et al. v. Davol, Inc., et al.~~ Opposed 3/18/08 | |
| CALIFORNIA EASTERN | | | | |
| ~~CAE~~ | ~~1~~ | ~~08-280~~ | ~~Brian Sutton, et al. v. Davol., Inc., et al.~~ Opposed 3/18/08 | |
| COLORADO | | | | |
| CO | 1 | 08-306 | Donald Teller, II, et al. v. Davol, Inc., et al. | CA 08-2380 |
| CO | 1 | 08-307 | Patricia Savin, et al. v. Davol, Inc., et al. | CA 08-2381 |
| FLORIDA SOUTHERN | | | | |
| FLS | 9 | 08-80179 | Kenneth P. Randall, et al. v. Davol, Inc., et al. | CA 08-2382 |
| INDIANA SOUTHERN | | | | |
| INS | 1 | 08-181 | Sandra Werking, et al. v. Davol, Inc., et al. | CA 08-2383 |
| KANSAS | | | | |
| KS | 2 | 08-2082 | Ruth Anne Lassey v. Davol, Inc., et al. | CA 08-2384 |
| LOUISIANA EASTERN | | | | |
| ~~LAE~~ | ~~2~~ | ~~08-1121~~ | ~~Andy Valence v. Jefferson Parish Hospital Service District No. 2, et al.~~ Opposed 3/25/08 | |
| MINNESOTA | | | | |
| MN | 0 | 08-343 | Maria Lynn Steele v. Davol, Inc., et al. | CA 08-2385 |
| MN | 0 | 08-406 | Nickie L. Taylor v. Davol, Inc., et al. | CA 08-2386 |
| MN | 0 | 08-407 | Michael L. Miller v. Davol, Inc., et al. | CA 08-2387 |
| MN | 0 | 08-496 | Richard W. Hoadley v. Davol, Inc., et al. | CA 08-2388 |
| MN | 0 | 08-497 | John R. Peterson v. Davol, Inc., et al. | CA 08-2389 |
| MN | 0 | 08-498 | Vivian E. Johnston v. Davol, Inc., et al. | CA 08-2390 |

**MDL No. 1842 - Schedule CTO-16 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| MISSOURI WESTERN | | | | |
| MOW | 4 | 08-117 | Pricilla Milligan v. Davol, Inc., et al. | CA 08-2391 |
| MOW | 4 | 08-118 | Kathleen Burke v. Davol, Inc., et al. | CA 08-2392 |
| NORTH CAROLINA EASTERN | | | | |
| NCE | 4 | 08-27 | Algia Nelson, et al. v. Davol, Inc. | CA 08-2393 |
| NEW JERSEY | | | | |
| NJ | 2 | 08-852 | Richard Randy Hill v. Davol, Inc., et al. | CA 08-2394 |
| NJ | 2 | 08-853 | Pamala Ann Darsow v. Davol, Inc., et al. | CA 08-2395 |
| NJ | 2 | 08-862 | Janice Mae Benshoff, et al. v. Davol, Inc., et al. | CA 08-2396 |
| NJ | 2 | 08-863 | Joanne Wormley v. Davol, Inc., et al. | CA 08-2397 |
| NJ | 2 | 08-870 | Tabitha L. Seaman, et al. v. Davol, Inc., et al. | CA 08-2398 |
| NJ | 2 | 08-878 | Bonnie Rea Cullom v. Davol, Inc., et al. | CA 08-2399 |
| NJ | 2 | 08-906 | Michael A. Benjamin v. Davol, Inc., et al. | DA 08-2400 |
| NEVADA | | | | |
| NV | 2 | 08-184 | Diann Hendricks v. Davol, Inc., et al. | CA 08-2401 |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 08-604 | Donna Curtis-Robinson, et al. v. Davol, Inc., et al. | CA 08-2402 |
| NYE | 1 | 08-663 | Mary Waters, et al. v. Davol, Inc., et al. | CA 08-2403 |
| NYE | 1 | 08-706 | Joseph Carioggia, et al. v. Davol, Inc., et al. | CA 08-2404 |
| NYE | 1 | 08-708 | Henry Harris, et al. v. Davol, Inc., et al. | CA 08-2405 |
| NYE | 2 | 08-591 | Frank Cabrera v. Davol, Inc., et al. | CA 08-2406 |
| OHIO NORTHERN | | | | |
| OHN | 1 | 08-348 | Joyce Hopkins, et al. v. Davol, Inc., et al. | CA 08-2407 |
| OHN | 1 | 08-358 | Debra Linden, et al. v. Davol, Inc., et al. | CA 08-2408 |
| OHN | 3 | 08-344 | William Singer, et al. v. Davol, Inc., et al. | CA 08-2409 |
| OHN | 3 | 08-353 | Roger Crouch v. Davol, Inc., et al. | CA 08-2410 |
| OHN | 3 | 08-367 | Pamela Sepeda v. Davol, Inc., et al. | CA 08-2411 |
| OHN | 3 | 08-376 | Patti L. Davis, et al. v. Davol, Inc., et al. | CA 08-2412 |
| OHN | 4 | 08-365 | Heather Walker v. Davol, Inc., et al. | CA 08-2413 |
| OHIO SOUTHERN | | | | |
| OHS | 1 | 08-123 | Angela Denise Kitchen, et al. v. Davol, Inc., et al. | CA 08-2414 |
| OHS | 3 | 08-39 | Debra Lee Williams, et al. v. Davol, Inc., et al. | CA 08-2415 |
| OREGON | | | | |
| OR | 6 | 08-6047 | Greg Kuhnle v. Davol, Inc., et al. | CA 08-2416 |

**MDL No. 1842 - Schedule CTO-16 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| PENNSYLVANIA EASTERN | | | | |
| PAE | 2 | 08-827 | Denver Johnson, et al. v. Davol, Inc., et al. | CA 08-2417 |
| PAE | 2 | 08-970 | Robert C. Lentz v. C.R. Bard, Inc., et al. | CA 08-2418 |
| PAE | 5 | 08-969 | Chad D. Wolf v. C.R. Bard, Inc., et al. | CA 08-2419 |
| PENNSYLVANIA WESTERN | | | | |
| PAW | 2 | 08-191 | Mary Jean Smith, et al. v. Davol, Inc. | CA 08-2420 |
| PAW | 2 | 08-288 | Marie McCaffrey v. Davol, Inc., et al. | CA 08-2421 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 08-617 | Terry Lynn Giaccetti v. Davol, Inc., et al. | CA 08-2422 |
| TXS | 4 | 08-618 | Walter Ritchie Grove v. Davol, Inc., et al. | CA 08-2423 |
| TXS | 4 | 08-619 | Dustin R. Wake v. Davol, Inc., et al. | CA 08-2424 |
| TXS | 4 | 08-620 | Jill Ann Welmer v. Davol, Inc., et al. | CA 08-2425 |
| TXS | 4 | 08-647 | Thomas Donald Walker v. Davol, Inc., et al. | CA 08-2426 |