CLOSED, CV

# U.S. District Court
# U.S.District Court Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−00406−PJS−JJG

Taylor v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge Jeanne J. Graham
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 02/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Nickie L Taylor** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2008 | " 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 40019709.) assigned to Judge Patrick J Schiltz per Master List referred to Magistrate Judge Jeanne J Graham., filed by Nickie L Taylor. (Attachments: # 1 Civil Cover Sheet) (jdf) (Entered: 02/15/2008) |
| 02/15/2008 | " | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jdf) (Entered: 02/15/2008) |
| 02/22/2008 | " 2 | REQUEST FOR WAIVER of Service sent to Brian L. Burlew − Defense Counsel for Service of Process on 2/22/08 by Nickie L Taylor. Waiver of Service due by 3/24/2008. (Attachments: # 1 Supplement Waiver of Service of Summon Form (Blank), # 2 Certificate of Service)(Johnson, Charles) (Entered: 02/22/2008) |
| 03/20/2008 | " 3 | WAIVER OF SERVICE Returned Executed filed by Nickie L Taylor. Davol, Inc. waiver sent on 2/22/2008, answer due 4/22/2008; C.R. Bard, Inc. waiver sent on 2/22/2008, answer due 4/22/2008. (Johnson, Charles) (Entered: 03/20/2008) |
| 04/01/2008 | " 4 | CERTIFIED COPY OF THE CONDITIONAL TRANSFER ORDER (CTO−16) from the Judicial Panel on Multidistrict Litigation; transferring case to the District of Rhode |

| | | |
|---|---|---|
| | | Island for coordinated ro consolidated pretrial proceedings. Case asigned to the the Honorable Mary M Lisi, (jdf) (Entered: 04/02/2008) |